# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3918

_____

Lydia M. Martin,

*Plaintiff - Appellant,*

v.

Arkansas Department of Health,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: July 7, 2017
Filed: July 25, 2017
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Lydia M. Martin appeals district court[1] orders dismissing some claims for failure to state a claim, and granting summary judgment to defendant on her

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

remaining claim, in her employment-discrimination action against the Arkansas Department of Health (ADH).  After de novo review of the issues that Martin raises, as we understand them, we find no basis for overturning the entry of judgment in ADH's favor.  The judgment of the district court is therefore affirmed.  *See* 8th Cir. R. 47B.

_____